**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC.,

                       Plaintiff,

           - against -

CLUB 291, INC., et al.,

                       Defendants.
-----------------------------------------------------------X

**ORDER**

CV 06-4833 (ARR) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

      A hearing to determine the amount of damages, if any, that should be awarded on the basis of the defendants' default will be held before me at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on May 15, 2007, at 10:30 a.m. The plaintiff is directed to submit any written materials in support of its request for damages, including any affidavits, exhibits, or memoranda of law that the plaintiff wishes me to consider, as well as a list of all witnesses who will testify at the hearing, no later than May 8, 2007, with copies simultaneously provided to the defendants. The plaintiff is further directed to serve a copy of this order on each defendant and to electronically file proof of such service with the court no later than April 23, 2007.

      **SO ORDERED.**

Dated: Brooklyn, New York
       April 16, 2007

                                           /s/ James Orenstein
                                           JAMES ORENSTEIN
                                           U.S. Magistrate Judge